**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

ANGELO JOHNSON,                            )
                                           )
              Petitioner,                  )
                                           )
       v.                                  )          No. 1:20-CV-102 DDN
                                           )
JASON LEWIS,                               )
                                           )
              Respondent.                  )

**MEMORANDUM AND ORDER**

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915.  The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

Dated this 12th day of June, 2020.


_____/s/ David D. Noce_____
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE